

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-23-01110-CR

Jose A. **VILLARREAL** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR3383
Honorable Michael E. Mery, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on February 7, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2024.

_____
Tommy Stolhandske, Clerk of Court